# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Judy Ann Vicenty<br><br>        <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-17769 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                Respectfully submitted,

                **/s/ Matteo S. Weiner, Esq.**
                Matteo S. Weiner, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734