| | |
|---|---|
| Debtor 1 | Judy Ann Vicenty |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Eastern District of Pennsylvania (Philadelphia) | |
| Case number | 16-17769 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS INDENTURE TRUSTEE FOR THE CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-C

**Court claim no.** (if known): 

**Date of payment change:** 03/25/2017
Must be at least 21 days after date of this notice

**New total payment:** $238.69
Principal, interest, and escrow, if any

**Last 4 digits** of any number you use to identify the debtor's account: 4575

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____   New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: _____   New interest rate: _____
Current principal and interest payment: _____   New principal and interest payment: _____

861313-0f1fdbde-8c67-460b-b995-fd8a25350c3d-

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☑ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: CHANGE IN PRINCIPAL - NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

Current mortgage payment: $249.69     New mortgage payment: $238.69

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Robert Phifer Jr
Assistant Vice President

Date: 03/02/2017

Print: Robert Phifer Jr         Title: Assistant Vice President

Company: Bank of America, N.A.
Address: 16001 N. Dallas Pkwy
Addison, TX 75001

Specific Contact Information:
Phone: 214-209-8475
Email: robert.phifer@bankofamerica.com

861313-0f1fdbde-8c67-460b-b995-fd8a25350c3d-

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 16-17769
Judge: Judge Stephen Raslavich

In re:

Judy Ann Vicenty

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 02, 2017, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | By U.S. Postal Service First Class Mail Postage Prepaid:<br>Judy Ann Vicenty<br>400 Tyson Avenue<br>Philadelphia, PA 19111 |
| Debtor's Attorney: | By U.S. Postal Service First Class Mail Postage Prepaid:<br>CHRISTOPHER MICHAEL MCMONAGLE<br>Freedman & Lorry<br>1601 Market Street<br>Suite 1500<br>Philadelphia, PA 19103 |
| Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid:<br>FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>P.O. Box 4010<br>Reading, PA 19606 |

/s/ Bruce Bertrand

4 S Technologies, LLC
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101
Mountainside, NJ 07092
(908) 588-9639
brucebertrand@4stechnologies.com