**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| JUDY ANN VICENTY | : | |
| | : | Bankruptcy No.: 16-17769 |
| *Debtor* | : | |

**ENTRY OF APPEARANCE**

Kindly withdraw my appearance on behalf of the above-captioned Debtor.

            FREEDMAN AND LORRY, P.C.

BY:  /s/ Soleiman Raie
     SOLEIMAN RAIE
     FREEDMAN AND LORRY, P.C.
     1601 Market Street, Ste. 1500
     Philadelphia, PA 19103
     (215)925-8400

**WITHDRAW OF APPEARANCE**

Kindly enter my appearance on behalf of the above-captioned Debtor.

            FREEDMAN AND LORRY, P.C.

BY:  /s/Christopher M. McMonagle_____
     CHRISTOPHER M. MCMONAGLE
     I.D. # 316043
     FREEDMAN AND LORRY, P.C.
     1601 Market Street, Ste. 1500
     Philadelphia, PA 19103
     (215)925-8400