**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    JUDY ANN VICENTY | : | |
|    Debtor | : | |
| | : | BANKRUPTCY NO.  16-17769 |
| | : | |
|    FREDERICK L. REIGLE | : | |
|    Trustee | : | |

**CERTIFICATION OF SERVICE**

I, SOLEIMAN RAIE, attorney for the Debtor, hereby certify that on or about the 22nd day of March, 2017, I did serve a copy of the Amended Schedule J on the following individuals:

Frederick L. Reigle, Esquire           All Creditors
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606


DATE:    March 22, 2017           ATTORNEYS FOR DEBTOR

                                                  /s/ Soleiman Raie
                                                SOLEIMAN RAIE, ESQUIRE
                                                FREEDMAN AND LORRY, P.C.
                                                1601 Market Street, Ste. 1500
                                                Philadelphia, PA 19103
                                                (215)925-8400