## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Judy Ann Vicenty | | CHAPTER 13 |
| | Debtor | |
| Carlos Enrique Vicenty | | |
| | Co-Debtor | |
| | | |
| Toyota Lease Trust | | NO. 16-17769 SR |
| | Movant | |
| vs. | | |
| Judy Ann Vicenty | | |
| | Debtor | 11 U.S.C. Section 362 and 1301 |
| Carlos Enrique Vicenty | | |
| | Co-Debtor | |
| | | |
| Frederick L. Reigle Esq. | | |
| | Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA COROLLA, VIN: 2T1BURHEXEC136960 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 23rd day of March, 2017.

_United States Bankruptcy Judge Stephen Raslavich_

cc: See attached service list

Judy Ann Vicenty
400 Tyson Avenue
Philadelphia, PA  19111

Carlos Enrique Vicenty
400 Tyson Avenue
Philadelphia, PA  19111

Christopher Michael McMonagle
1601 Market Street
Suite 1500
Philadelphia, PA  19103

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532