UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
TIFFANY A. DAVISON :
: Bankruptcy No.: 14-16985
*Debtor* :

### WITHDRAW OF APPEARANCE

Kindly withdraw my appearance on behalf of the above-captioned Debtor.

                FREEDMAN AND LORRY, P.C.

BY: /s/Christopher M. McMonagle
      CHRISTOPHER M. MCMONAGLE
      I.D. # 316043
      FREEDMAN AND LORRY, P.C.
      1601 Market Street, Ste. 1500
      Philadelphia, PA 19103
      (215)925-8400

WILLIG, WILLIAMS & DAVIDSON
**BY: JONATHAN KRINICK, ESQUIRE**         Attorney for Debtor(s)
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TIFFANY A. DAVISON | : | Bankr. No. 14-16985 |
| | : | |
| Debtor(s) | : | |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Jonathan Krinick, Esquire of Willig, Williams & Davidson as counsel for the Debtor(s) in the above-captioned matter.

Respectfully submitted,

WILLIG, WILLIAMS & DAVIDSON

BY: /s/ Jonathan Krinick
JONATHAN KRINICK, ESQ.