**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| JUDY ANN VICENTY : | Bankruptcy No.  16-17769-sr |
| : | |
| Debtor(s) : | |

## THIRD AMENDED CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor(s) or Debtors' employer shall pay to the Trustee the sum of:

   **From November 4, 2016 through June 4, 2017 monthly payments totaling $3,573.36**
   **Followed by payments of $747.00 per month for a period of 53 months**
   **PLAN BASE AMOUNT: $43,164.36**

2. From the payments so received, the Trustee shall make the disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507:
   N/A

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   **Citizens Bank:**  First Mortgage. Claim #4.
   Pre-petition arrears, costs and fees in the amount of $9,078.08 to be paid through the Chapter 13 Plan.  Debtor to remain current with regular monthly payments outside the Plan with monthly payments directly to creditor.

   **Bank of America:**  Second Mortgage. Claim #9.
   Pre-petition arrears, costs and fees in the amount of $8,572.16 to be paid through the Chapter 13 Plan.  Debtor to remain current with regular monthly payments outside the Plan with monthly payments directly to creditor.

**City of Philadelphia:** Water/Sewer. Claim #11. Payment through the Plan of the secured claim in the amount of $2,875.80

**Sensible Auto Leasing:** Car Lease. No Claim filed. Debtor to remain current with regular monthly payments outside the Plan directly to creditor.

(c) Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

**Wells Fargo Bank:** Claim #8. Student Loan for Teena Velez. Co-signed by Debtor. No payments to the Teena Velez to continue making regular monthly payments directly to the creditor outside the Plan.

**100% payment to those other unsecured creditors that have filed Claims which have been allowed by the Court.**


I.    The following executory contracts of the debtor are rejected: None



Dated:  6/6/17                                   /s/  Judy Vicenty
                                                 *Debtor*



Acceptances may be mailed to:

JONATHAN KRINICK, ESQ.
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT STREET, 24TH FLOOR
PHILADELPHIA, PA 19103
TELEPHONE: 215-814-9227
FAX: 215-814-9390