IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Judy Ann Vicenty<br>　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>16-17769 SR |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　　Citizens Bank, N.A. f/k/a RBS Citizens, N.A. has filed a motion for relief of from the automatic stay with the court to permit Citizens Bank, N.A. f/k/a RBS Citizens, N.A. to foreclose on 400 Tyson Avenue, Philadelphia, PA 19111.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **July 5, 2017** you or your attorney must do all of the following:

　　　(a)　　file an answer explaining your position at: United States Bankruptcy Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　(b)　　mail a copy to the movant's attorney:　　Mary F. Kennedy, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Gregory Javardian, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　1310 Industrial Blvd.
　　　　　　　　　　　　　　　　　　　　　　　　　　　1st Floor, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　　　　Southampton, PA 18966
　　　　　　　　　　　　　　　　　　　　　　　　　　　(215) 942-9690
　　　　　　　　　　　　　　　　　　　　　　　　　　　(215) 942-9695

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Stephen Raslavich on **July 26, 2017**, at **10:00 a.m.** in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**Date**: June 20, 2017

　　　{00423069}