IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                   :
                                         :    In Chapter 13
        JUDY ANN VINCENTY                :
                                         :    Bankruptcy No. 16-17769 (SR)
                        Debtor.          :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #50) which was filed on June 8, 2017.

                                                            Respectfully submitted,

                                                            THE CITY OF PHILADELPHIA

Dated: July 18, 2017                    By: */s/ Pamela Elchert Thurmond*
                                                            PAMELA ELCHERT THURMOND
                                                            Deputy City Solicitor
                                                            PA Attorney I.D. 202504
                                                            Attorney for the City of Philadelphia
                                                            City of Philadelphia Law Department
                                                            Municipal Services Building
                                                            1401 JFK Boulevard, 5th Floor
                                                            Philadelphia, PA  19102-1595
                                                            215-686-0508 (phone)
                                                            Email: Pamela.Thurmond@phila.gov