WILLIG, WILLIAMS & DAVIDSON
**BY: JONATHAN KRINICK, ESQUIRE**          Attorney for Debtors
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
(215) 814-9227

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| JUDY ANN VICENTY, | : | Chapter 13 |
| Debtors | : | |
| | : | Bankruptcy No.  16-17769-jkf |

**Hearing: 1/25/2018
9:30 AM
Bankruptcy Court
Courtroom 3
900 Market Street
Philadelphia, PA 19107**

### CERTIFICATION OF NO RESPONSE
### TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN
### AND APPROVE FIFTH AMENDED PLAN

The Debtor, by and through undersigned counsel, hereby submit this certification that there has been no response to the pending Motion To Modify Chapter 13 Plan.  In support of this Certification, counsel states the following:

1. The Motion To Modify Chapter 13 Plan was filed January 3, 2018.

2. The Motion was accompanied by the form Notice Of Motion, Response Deadline And Hearing Date setting the Deadline for response as January 19, 2018 and the Hearing Date for January 25, 2018.

3. The Motion and Notice were served on the Ch. 13 Trustee and all creditors.

4. There has been no Response to the Motion.

                                      Respectfully submitted,

1/25/18                                    /s/  Jonathan Krinick
                                          JONATHAN KRINICK, ESQUIRE
                                          Counsel for the Debtor