WILLIG, WILLIAMS & DAVIDSON
**BY: JONATHAN KRINICK, ESQUIRE**         **Attorney for Debtor**
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JUDY ANN VICENTY, | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Bankr. No.  16-17769-jkf |

**Hearing: 3/21/18**
**9:30 AM**
**Bankruptcy Court**
**Courtroom 3**
**900 Market Street**
**Philadelphia, PA 19107**

### CERTIFICATION OF NO RESPONSE
### TO DEBTOR'S AMENDED MOTION TO MODIFY CHAPTER 13 PLAN
### AND APPROVE SIXTH AMENDED PLAN

The Debtor, by and through undersigned counsel, hereby submits this Certification that there has been no response to the pending Amended Motion To Modify Chapter 13 Plan and approve Sixth Amended Plan.  In support of this Certification, counsel states the following:

1.     The Amended Motion was filed on February 26, 2018.

2.     The Amended Motion was accompanied by the form Notice Of Motion, Response Deadline And Hearing Date setting the Deadline for response as March 9, 2018 and the Hearing Date for March 21, 2018.

3. Debtor seeks approval of her proposed Sixth Amended Plan filed February 21, 2018 which provides for the full payment of Toyota Lease Trust's Amended Claim and the proper classification for student loan creditor claims.

4. The Amended Motion and Notice were served on the Ch. 13 Trustee and all creditors.

5. There has been no response from the Trustee or the creditors.

Respectfully submitted,

3/19/18

/s/ Jonathan Krinick
JONATHAN KRINICK, ESQUIRE
Counsel for the Debtor