### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :
JUDY ANN VICENTY,                       :          Chapter 13
        Debtor(s)      :
                                        :          Bankr. No.  16-17769-jkf

          **Hearing: March 21, 2018**
                **9:30 AM**
                **Bankruptcy Court**
                **Courtroom 3**
                **900 Market Street**
                **Philadelphia, PA 19107**

### **ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of the Debtor's Motion To Modify Chapter 13 Plan it is hereby ORDERED that said Motion is GRANTED and Debtor's Sixth Amended Plan is approved by the Court.

BY THE COURT:

_/s/ Jean K. Fitzsimon_
_____
HON. JEAN K. FITZSIMON

**Date: March 23, 2018**