```
                    United States Bankruptcy Court
                    Eastern District of Pennsylvania
```

In re:                                                      Case No. 16-17769-jkf
Judy Ann Vicenty                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 1              Date Rcvd: Mar 26, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db             +Judy Ann Vicenty,    400 Tyson Avenue,    Philadelphia, PA 19111-3940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS INDENTURE TRUSTEE FOR THE
               CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACK ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS INDENTURE TRUSTEE FOR THE
               CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACK ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JONATHAN  KRINICK    on behalf of Debtor Judy Ann Vicenty jkrinick@wwdlaw.com,
               jkrinick@hotmail.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com, tami@javardianlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :
                                        :
JUDY ANN VICENTY,        :         Chapter 13
            Debtor(s)           :
                                        :         Bankr. No.  16-17769-jkf

**Hearing: March 21, 2018
9:30 AM
Bankruptcy Court
Courtroom 3
900 Market Street
Philadelphia, PA 19107**

**ORDER**

AND NOW, this            day of               , 2018, upon consideration of the Debtor's Motion To Modify Chapter 13 Plan it is hereby ORDERED that said Motion is GRANTED and Debtor's Sixth Amended Plan is approved by the Court.

BY THE COURT:

_____
HON. JEAN K. FITZSIMON

**Date: March 23, 2018**