*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Judy Ann Vicenty
    Debtor(s)

Case No: 16–17769–jkf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation resolving Motion for Relief from Stay Filed by MARY F. KENNEDY on behalf of Citizens Bank, N.A.

    on: 10/10/18

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/14/18

Timothy B. McGrath
Clerk of Court

97 – 94
Form 167