United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17769-jkf
Judy Ann Vicenty                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 2          Date Rcvd: Sep 14, 2018
                              Form ID: 167          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
```
db           +Judy Ann Vicenty,    400 Tyson Avenue,    Philadelphia, PA 19111-3940
cr           +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr           +Bank of America, N.A.,    The Bank Of New York Mellon FKA The Bank,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4031
cr           +THE BANK OF NEW YORK MELLON, FKA,    100 N. Tryon St.,    CHARLOTTE, NC 28202-4000
cr            eCAST Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:36     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 03:00:06     Orion (VERIZON),
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4031
cr*          +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4031
cr*          +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4031
cr*          +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4031
cr*          +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4031
cr*          +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4031
cr*          +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4031
                                                                                     TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS INDENTURE TRUSTEE FOR THE
           CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACK ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS INDENTURE TRUSTEE FOR THE
           CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACK ecfmail@mwc-law.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JONATHAN KRINICK    on behalf of Debtor Judy Ann Vicenty jkrinick@wwdlaw.com,
           jkrinick@hotmail.com
          MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
           mary@javardianlaw.com, tami@javardianlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: Stacey            Page 2 of 2             Date Rcvd: Sep 14, 2018
                              Form ID: 167            Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Judy Ann Vicenty
    Debtor(s)

Case No: 16−17769−jkf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation resolving Motion for Relief from Stay Filed by MARY F. KENNEDY on behalf of Citizens Bank, N.A.

    on: 10/10/18

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 9/14/18

For The Court

Timothy B. McGrath
Clerk of Court

97 − 94
Form 167