United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                                Case No. 16-17769-jkf
Judy Ann Vicenty                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 3              Date Rcvd: Aug 29, 2019
                              Form ID: 138NEW          Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
```
db            +Judy Ann Vicenty,    400 Tyson Avenue,    Philadelphia, PA 19111-3940
cr            +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr            +Bank of America, N.A.,    100 N. Tryon St.,    CHARLOTTE, NC 28202-4000
cr            +Bank of America, N.A.,    The Bank Of New York Mellon FKA The Bank,    100 N. Tryon St.,
                CHARLOTTE, NC 28202-4000
cr            +THE BANK OF NEW YORK MELLON, FKA,    100 N. Tryon St.,    CHARLOTTE, NC 28202-4000
13819118      +AES/Education Services,    P.O. Box 61047,    Harrisburg, PA 17106-1047
14054598       American Education Services,    P.O. Box 2461,    Harrisburg, PA,   17105-2461
13819120      +BAC Home Loans Servicing,    4909 Savarese Circle,    FL1-908-01-47,    Tampa, FL 33634-2413
13879403      +BANK OF AMERICA, N.A.,    100 N. Tryon St.,    Charlotte, North Carolina 28202-4000
13819123      +Carlos Vicenty,    506 W. Cumberland,    Philadelphia, PA 19133-2607
13819124      +Central Finance Control,    P.O. Box 660873,    Dallas, TX 75266-0873
13819125      +Citibank, NA,    P.O. box 6181,    Sioux Falls, SD 57117-6181
13819126      +Citizen's One,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
13827347      +Citizens Bank, N.A. f/k/a RBS Citizens, N.A.,    10561 Telegraph Road,
                Glen Allen, VA 23059-4577
13819127      +City of Philadelphia,    C/O Pamela Harris-Williams, Esquire,    4 Penn Center,
                1600 JFK Blvd., Ste. 910,    Philadelphia, PA 19103-2818
13819128      +City of Philadelphia, Law Department,    Municipal Services Building,
                1404 JFK Boulevard, 5th Floor,    Philadelphia, PA 19107-3212
13819129      +Commercial Acceptance Co.,    2 W. Main Street,    Camp Hill, PA 17011-6326
13819131      +IC Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
13819132       Lauren B. Karl, Esquire,    2591 Wesford-Bayne Road, Ste. 201,    Pittsburgh, PA 15237
13840064      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                Warren MI 48090-2036
13819133      +Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Avenue,    Roseland, NJ 07068-1787
13819134      +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13819137     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp.,      5005 N. River Blvd. NE,
                Cedar Rapids, IA 52411)
13819136      +Teena Velez,    717 S. Columbus Blvd.,    Unit 1018,    Philadelphia, PA 19147-3512
14013276       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13853530      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
13854676      +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                Sioux Falls SD 57104-0422
13819139      +Wells Fargo Education Services,    P.O. box 84712,    Sioux Falls, SD 57118-4712
14044038       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:18:06      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept.,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2019 03:17:32
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2019 03:17:51      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:18:06      City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2019 03:30:55      Orion (VERIZON),
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13899903       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2019 03:32:08
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13819119      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 30 2019 03:17:41      Asset Acceptance, LLC,
                28405 Van Dyke Avenue,    Warren, MI 48093-7132
13819121      +E-mail/Text: notices@burt-law.com Aug 30 2019 03:18:27      Burton Neil & Associates PC,
                1060 Andrew Drive,   Ste. 170,    West Chester, PA 19380-5600
13819122      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 03:31:44      Capital One Bank,
                P.O. Box 30281,    Salt Lake City, UT 84130-0281
13827015       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 03:31:44
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13908509      +E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:18:06
                City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
13819130      +E-mail/Text: bankruptcy@consumerportfolio.com Aug 30 2019 03:17:48
                Consumer Portfolio Services,    P.O. Box 57071,    Irvine, CA 92619-7071
13819472      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2019 03:31:46
                Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
13819135      +E-mail/Text: support@sensibleauto.com Aug 30 2019 03:18:27      Sensible Auto Lending,
                275 Middlesex Turn,    Old Saybrook, CT 06475-4209
```

```
District/off: 0313-2           User: Randi                 Page 2 of 3                   Date Rcvd: Aug 29, 2019
                               Form ID: 138NEW             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                       TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*           +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    100 N. Tryon St.,
               CHARLOTTE, NC 28202-4000
cr*            eCAST Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
13833371*     +CONSUMER PORTFOLIO SERVICES, INC.,     P.O. BOX 57071,    IRVINE, CA. 92619-7071
13819138     ##+Trident Asset Management,    53 Perimeter Center East,    Ste. 440,    Atlanta, GA 30346-2230
                                                                                       TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS INDENTURE TRUSTEE FOR THE
               CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACK ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS INDENTURE TRUSTEE FOR THE CWABS
               MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACK ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS INDENTURE TRUSTEE FOR THE
               CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACK ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JONATHAN KRINICK    on behalf of Debtor Judy Ann Vicenty jkrinick@wwdlaw.com,
               jkrinick@hotmail.com
```

```
District/off: 0313-2          User: Randi              Page 3 of 3              Date Rcvd: Aug 29, 2019
                              Form ID: 138NEW          Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
         mary@javardianlaw.com,    tami@javardianlaw.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
         karena.blaylock@phila.gov
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
         ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                 TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Judy Ann Vicenty
      Debtor(s)

Bankruptcy No: 16–17769–jkf
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                  For The Court
                                                  Timothy B. McGrath
                                                  Clerk of Court

Dated: 8/29/19

                                                              117 – 116
                                                            Form 138_new